LAW OFFICES

# BINGHAM, HURST & APODACA

A PROFESSIONAL CORPORATION

LILLIAN G. APODACA*
WAYNE E. BINGHAM**
M. DWIGHT HURST

*ALSO LICENSED IN KANSAS
**ALSO LICENSED IN COLORADO

2420 COMANCHE ROAD, NE
SUITE H6
ALBUQUERQUE, NEW MEXICO 87107-4633
TEL (505) 881-4545
FAX (505) 889-0988
WWW.BINGHAMHURST.COM

June 30, 2020

Mr. Steve Eikanger
Flintco, LLC
188 Inverness Dr. West
Englewood, CO 80112

BY FIRST CLASS MAIL, BY FAX TO
(720) 778-5601 AND E-MAIL TO
steve.eikanger@flintco.com, receipt
acknowledgement requested

President, Bond Department
Travelers Casualty and Surety
 Company of America
One Tower Square, Bond /5PB
Hartford, CT 06183

BY FAX TO (888) 201-5586 AND BY
FIRST CLASS MAIL

The Honorable Darrell Paiz
President
Jicarilla Apache Nation
P.O. Box 507
Dulce, NM 87528

BY FIRST CLASS MAIL AND BY E-MAIL
TO paiz@yahoo.com

RE: FEDERAL MILLER ACT NOTICE
  By: Contreras Construction Corp.
  Project: Jicarilla Apache Community Center
    37 Hawks Drive
    Dulce, NM 87528
    Project No. 17025

Gentlepersons:

This firm represents Contreras Construction Corp. (herein Contreras), a sub-contractor to Flintco, LLC (Flintco), the general contractor in connection with the above Project.


EXHIBIT #2

Federal Miller Act Notice/Jicarilla Apache Community Center, Project No. 17025
Claimant: Contreras Construction Corp.
June 30, 2020
Page 2 of 2

You are hereby given due written notice that Contreras supplied labor and materials to Flintco in connection with the Project, and that as of this date, the amount of $104,824.00 remains unpaid to Contreras. The $104,824.00 consists of two (2) unpaid Contreras invoices to Flintco: one for $40,000.00, and one for $38,000.00, plus a Contreras invoice in the amount of $26.824.00 which will be sent to Flintco soon. This demand is timely, as Contreras last supplied labor and materials to the Project within ninety (90) days of this Notice. See 40 U.S.C. §§3131 through 3133. Note: Flintco has a legal obligation to provide this letter to its bonding company which, on information and belief, is Travelers Casualty & Surety Company of America.

Notice, claim and demand for the current balance due ($78,000.00) and soon-to-be additional balance due of $26,824.00, for a total balance due of $104,824.00 is hereby made upon Flintco, Flintco's surety on Flintco's payment bond, and the Jicarilla Apache Nation .

If Contreras receives $78,000.00 from Flintco or its surety by July 13, 2020, and an additional $26,824.00 within 30 days from Contreras's invoice to Flintco, Contreras will not commence a Federal Miller Act suit in Federal District Court for the District of New Mexico.
Thank you for your attention to this matter.

        Sincerely,

        BINGHAM, HURST & APODACA, P.C.

        *Wayne E. Bingham*
        Wayne E. Bingham

WEB/tgww
cc: Ms. Socorro Contreras (by e-mail)

**BINGHAM, HURST & APODACA, P.C.**
Attorneys at Law
2420 Comanche Rd., NE, Ste. H-6
Albuquerque, New Mexico 87107
Phone (505) 881-4545 Fax (505) 889-0988
WBingham@BinghamHurst.com

| | | |
|---|---|---|
| DATE: | June 30, 2020 | |
| TO: | Mr. Steve Eikanger<br>Flintco, LLC | FAX NO. (720) 778-5601 |
| | President, Bond Department<br>Travelers Casualty and Surety | FAX NO. (888) 201-5586 |
| FROM: | Wayne E. Bingham | |

IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CONTACT TRISH WALL-WATLINGTON AT 881-4545

No. pages, including cover pages:_____3_____

RE: FEDERAL MILLER ACT NOTICE
By: Contreras Construction Corp.
Project: Jicarilla Apache Community Center
37 Hawks Drive
Dulce, NM 87528
Project No. 17025

Documents being transmitted and/or message:

*PLEASE SEE ATTACHED FEDERAL MILLER ACT NOTICE*
*HARD COPIES WILL FOLLOW AS INDICATED.*

*THANK YOU.*

**NOTE:** The information contained in this facsimile message is information intended only for the use of the individual or entity named above. This information may also be attorney privileged and confidential. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Bingham, Hurst & Apodaca, P.C. by telephone and return the original message to us at the above address via the U. S. Postal Service.

```
        ****************************
        ***   TX Result Report   ***
        ****************************

                  TX complete.

        Job No.             0725
        Address             18882015586
        Name
        Start Time          06/30 03:05 PM
        Call Length         01'08
        Sheets              3
        Result              OK
```

## BINGHAM, HURST & APODACA, P.C.
### Attorneys at Law
2420 Comanche Rd., NE, Ste. H-6
Albuquerque, New Mexico 87107
Phone (505) 881-4545 Fax (505) 889-0988
WBingham@BinghamHurst.com

DATE:   June 30, 2020

TO:   Mr. Steve Eikanger
  Flintco, LLC                                FAX NO. (720) 778-5601

  President, Bond Department                  FAX NO. (888) 201-5586
  Travelers Casualty and Surety

FROM:   Wayne E. Bingham

---

IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CONTACT TRISH WALL-WATLINGTON AT 881-4545

---

No. pages, including cover pages: _____3_____

RE:  FEDERAL MILLER ACT NOTICE
  By:  Contreras Construction Corp.
  Project:   Jicarilla Apache Community Center
           37 Hawks Drive
           Dulce, NM  87528
           Project No. 17025

Documents being transmitted and/or message:

*PLEASE SEE ATTACHED FEDERAL MILLER ACT NOTICE*
*HARD COPIES WILL FOLLOW AS INDICATED.*

```
***************************
***   TX Result Report   ***
***************************
          TX complete.

Job No.           0724
Address           17207785601
Name
Start Time        06/30 02:59 PM
Call Length       00'59
Sheets            3
Result            OK
```

# BINGHAM, HURST & APODACA, P.C.
### Attorneys at Law
2420 Comanche Rd., NE, Ste. H-6
Albuquerque, New Mexico 87107
Phone (505) 881-4545 Fax (505) 889-0988
WBingham@BinghamHurst.com

DATE:   June 30, 2020

TO:     Mr. Steve Eikanger
        Flintco, LLC                        FAX NO. (720) 778-5601

        President, Bond Department          FAX NO. (888) 201-5586
        Travelers Casualty and Surety

FROM:   Wayne E. Bingham

**IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CONTACT TRISH WALL-WATLINGTON AT 881-4545**

No. pages, including cover pages: _____3_____

RE:   FEDERAL MILLER ACT NOTICE
      By:  Contreras Construction Corp.
      Project:   Jicarilla Apache Community Center
                 37 Hawks Drive
                 Dulce, NM  87528
                 Project No. 17025

Documents being transmitted and/or message:

*PLEASE SEE ATTACHED FEDERAL MILLER ACT NOTICE
HARD COPIES WILL FOLLOW AS INDICATED.*

# Trish Wall {Bingham, Hurst & Apodaca}

| | |
|---|---|
| **From:** | Trish Wall {Bingham, Hurst & Apodaca} <TWall@BinghamHurst.com> |
| **Sent:** | Tuesday, June 30, 2020 4:19 PM |
| **To:** | 'steve.eikanger@flintco.com'; 'paiz@yahoo.com' |
| **Cc:** | 'scontreras@contrerasconstructioncorp.com' |
| **Subject:** | FEDERAL MILLER ACT NOTICE/Jicarilla Apache Community Center, Project No. 17025/Claimant: Contreras Construction Corp. |
| **Attachments:** | ccc-flintco-jatc Miller Act Notice 6.30.20.pdf |
| **Importance:** | High |

Gentlemen:

Please see attached Contreras Construction Corp.'s Federal Miller Act Notice pertaining to the above project.

Thank you.


Trish Wall-Watlington
Legal Assistant to
Wayne E. Bingham
Bingham, Hurst & Apodaca, P.C.
2420 Comanche NE, Ste. H-6
Albuquerque, NN  87107
Telephone:  (505) 881-4545

1