IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA for the use of
CONTRERAS CONSTRUCTION CORP., a
New Mexico corporation,

      Plaintiff,

v.                                      Case No. 1:21-cv-00200-KWR-SMV

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA, a Connecticut
Corporation, and FLINTCO, LLC, a
an Oklahoma limited liability company,

      Defendants.

## NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant Contreras Construction Corp., by and through its counsel of record Bingham, Hurst & Apodaca, P.C. (Wayne E. Bingham) and Riley, Shane & Keller, P.A. (David A. Gonzales, Armand D. Huertaz, and Drew A. Larkin) hereby notifies the Court that a full and final settlement has been reached with Defendant/Counter-Plaintiff Flintco, LLC, and no controversies remain between the two parties.  Dismissal pleadings are forthcoming.

                Respectfully submitted,

                **RILEY, SHANE & KELLER, P.A.**

      By: */s/ Drew A. Larkin*
                **DAVID A. GONZALES**
                **DREW A. LARKIN**
                **ARMAND D. HUERTAZ**
                3880 Osuna Road NE
                Albuquerque, NM 87109
                (505) 883-5030
                dgonzales@rileynmlaw.com
                dlarkin@rileynmlaw.com
                ahuertaz@rileynmlaw.com

-and-

**BINGHAM, HURST & APODACA, P.C.**
Wayne E. Bingham
2420 Comanche NE, Ste. H-6
Albuquerque, NM 87107
(505) 881-4545
wbingham@binghamhurst.com
*Attorneys for Contreras Constr. Corp.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 15, 2021, a copy of the foregoing was electronically filed through the CM/ECF system, which caused participating CM/ECF counsel to be served with same by electronic means, and was emailed on the same date to the following counsel of record:

Wayne E. Bingham
**Bingham, Hurst & Apodaca, P.C.**
2420 Comanche NE, Suite H-6
Albuquerque, NM 87107
(505) 881-4545
wbingham@binghamhurst.com
*Attorney for Plaintiff Contreras Construction Corp.*

Holly Davies
Amy Wilkens Mohr
**Lorber, Greenfield & Polito, LLP**
820 Second Street NW
Albuquerque, NM 87102
(505) 307-4332
hdavies@lorberlaw.com
awilkens@lorberlaw.com
*Attorneys for Defendants Travelers Casualty*
*& Surety Company of America and Flintco, LLC*

*/s/ Drew A. Larkin*
**DREW A. LARKIN**