IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA for the use of
CONTRERAS CONSTRUCTION CORP., a
New Mexico corporation,

      Plaintiff/Counterclaim Defendant

v.                                                               No. 1:21-cv-00200-DHU-GBW

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA, a Connecticut
Corporation, and FLINTCO, LLC, an
Oklahoma limited liability company,

      Defendants/Counterclaim Plaintiff,

and

CINCINNATI INSURANCE COMPANY,

      Plaintiff-in-Intervention,

v.

CONTRERAS CONSTRUCTION CORP.,

      Defendant-in-Intervention.

## **STIPULATED ORDER DISMISSING CLAIMS WITH PREJUDICE**

      This matter came before the Court on the Joint Motion of Plaintiff/Counterclaim Defendant Contreras Construction Corporation, Defendants/Counterclaim Plaintiff Travelers Casualty & Surety Company of America and Flintco, LLC, and Plaintiff-in-Intervention Cincinnati Insurance Company (Doc. 84). The Court, having reviewed the motion and being fully advised that this matter has settled as to all claims, FINDS and ORDERS:

    1. The Joint Motion for Dismissal of Claims is granted in its entirety.

2. All claims asserted by Plaintiff/Counterclaim Defendant Contreras Construction Corporation against Defendant/Counterclaim Plaintiff Flintco, LLC and Defendant Travelers Casualty & Surety Company; all claims asserted by Defendant/Counterclaim Plaintiff Flintco, LLC against Plaintiff/Counterclaim Defendant Contreras Construction Corp.; and all claims asserted by Plaintiff-in-Intervention Cincinnati Insurance Company against Contreras Construction Corporation are dismissed <u>with prejudice</u>.

3. Each party shall be responsible for payment of its own attorneys' fees and costs.

IT IS SO ORDERED.

_____
THE HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE